UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-268-D

| | |
|---|---|
| ANTHONY O. CRUDUP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER, | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

Upon motion of the Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,210 in full satisfaction of any and all claim for fees, costs, and other expenses arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Crystal G. Rouse, and mailed to her office at 280 South Mangum Street, Suite 400, Durham, North Carolina 27701, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. If it is subject to the Treasury Offset Program, the balance will be mailed to her office, and check made payable to counsel if allowed by the Program.

SO ORDERED this __18__ day of __March__, 2015.

JAMES C. DEVER III
Chief United States District Judge