UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY O. CRUDUP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:14-CV-268-D** |
| CAROLYN W. COLVIN, Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff the sum of $3,210.00 in full satisfaction of any and all claim for fees, costs, and other expenses arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel in accordance with Plaintiffs assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. If it is subject to the Treasury Offset Program, the balance will be mailed to her office, and check made payable to counsel if allowed by the Program.

**This Judgment Filed and Entered on March 18, 2015, and Copies To:**

| | |
|---|---|
| Crystal G. Rouse | (via CM/ECF Notice of Electronic Fililng) |
| Elisa Donohoe | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| March 18, 2015 | (By) /s/ Courtney O'Brien |
| | Deputy Clerk |